IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:16-CV-239

| | |
|---|---|
| Amy Diane Williams, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CONSENT ORDER FOR PAYMENT |
| ) | OF ATTORNEY FEES UNDER THE |
| Nancy A. Berryhill, ) | EQUAL ACCESS TO JUSTICE ACT |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter being submitted to the Court for entry of a Consent Order agreed to by the parties, and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order, and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed to an award to the Plaintiff of Three-Thousand, Four Hundred and Eleven Dollars and Seventy-Five Cents ($3,411.75) in full and final settlement of all claims arising from the above-captioned case pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d); and it appearing further that the Plaintiff has assigned her right to payment of such fees and costs to her attorney.

It is therefore ORDERED, this __2nd__ day of November, 2017, that the Plaintiff shall be, and hereby is, awarded the sum of Three-Thousand, Four Hundred and Eleven Dollars and Seventy-Five Cents ($3,411.75) for attorney fees and costs in full satisfaction of any and all claims against the Defendant arising under the EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, the Defendant shall be discharged from any further liability for fees, costs

or expenses up until this point in time; and it is further ORDERED, that payment of such amounts shall be made directly to the Plaintiff's attorney.

_____
LOUISE WOOD FLANAGAN
United States District Judge

CONSENTED TO:

Kristin L. Gordon
Ricci Law Firm, P.A.
P.O. Box 483
Greenville, NC 27835-0483
252-752-7785
kgordon@riccilawnc.com

Gabriel R. Deadwyler
Social Security Administration
Office of General Counsel, Office of Program Law
6401 Security Boulevard, Altmeyer Building, Room 617
Baltimore, MD 21235
410-965-8775
Fax: 410-597-0527
Email: gabriel.deadwyler@ssa.gov